UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH GUGLIELMO,                                           :
                                          Plaintiff,        :
                                                            :                20 Civ. 0816 (LGS)
                      -against-                             :
                                                            :                     ORDER
AMERICAN NATIONAL INSURANCE                                 :
AGENCY, INC.,                                               :
                                          Defendant.        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2020

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated February 7, 2020, required the parties to file a proposed case

management plan and joint letter seven (7) days before the initial pretrial conference (Dkt. No. 7);

        WHEREAS, the initial pretrial conference is currently scheduled for March 26, 2020, at

10:40 a.m.;

        WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on

the docket;

        WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan; it is hereby

        **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties

shall file the joint status letter and proposed case management plan as soon as possible and no

later than **March 23, 2020**, at **noon**.  If Plaintiff has not been in communication with Defendant,

he shall file a status letter regarding his efforts to serve Defendant and request an adjournment of

the initial conference as soon as possible and no later than **March 23, 2020**, at **noon**.

Dated: March 20, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE