UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JOSEPH GUGLIELMO, :
          Plaintiff, :
:   20 Civ. 0816 (LGS)
   -against- :
:   <u>ORDER</u>
AMERICAN NATIONAL INSURANCE :
AGENCY, INC., :
         Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, Plaintiff filed the Complaint on January 30, 2020 (Dkt. No. 1);

  WHEREAS, Plaintiff filed an Amended Complaint on March 23, 2020 and March 24, 2020, but the filings were deficient (Dkt. Nos. 10, 13, 14);

  WHEREAS, Plaintiff filed a request for issuance of summons as to the Amended Complaint on March 23, 2020 and March 24, 2020, but the filings were deficient (Dkt. Nos. 11, 15).  No summons was issued;

  WHEREAS, Plaintiff has filed nothing on the docket since March 24, 2020;

  WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

  WHEREAS, the Order dated February 7, 2020, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference (Dkt. No. 7), and the Order dated March 24, 2020, required the parties to file a proposed case management plan and joint letter by April 30, 2020 (Dkt. No. 12);

  WHEREAS, the initial pretrial conference is currently scheduled for May 7, 2020, at 10:40 a.m.;

  WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan.  It is hereby

**ORDERED** that, if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 4, 2020**, at **noon**.  If Plaintiff has not been in communication with Defendant, he shall file a status letter explaining his failure to serve Defendant and requesting an adjournment of the initial conference as soon as possible and no later than **May 4, 2020**, at **noon**.

Plaintiff is reminded that compliance with Court Orders is not optional.

Dated: May 1, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**