Application GRANTED.  The initial pretrial conference, scheduled for May 7, 2020, is ADJOURNED to **June 11, 2020, at 10:40 a.m.**

By **May 26, 2020**, Plaintiff shall file either proof of service or a status letter apprising the Court of Plaintiff's attempts to serve.

Dated: May 4, 2020
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

      Re:    **Guglielmo vs American National Insurance Agency Inc.**
               **Case #: 1:20-cv-00816-LGS**

Dear Judge Schofield:

We represent the plaintiff in the above matter.  We write to respectfully request that the initial conference currently scheduled for May 7, 2020 at 10:40am be adjourned. The Plaintiff has been unable to serve the Defendant, as the process server used had been shut down. We have found one that can try service now and request one final adjournment of the conference to allow for this to occur.

We thank Your Honor and the Court for its kind considerations and courtesies.

                                Respectfully submitted,

                                *s/ David Force*
                                David Force, Esq.

cc:    All Counsel of Record via ECF