UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
JOSEPH GUGLIELMO,                                         :
                                      Plaintiff,          :
                                                          :        20 Civ. 0816 (LGS)
                   -against-                              :
                                                          :                ORDER
AMERICAN NATIONAL INSURANCE                               :
AGENCY, INC.,                                             :
                                      Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated February 7, 2020, required the parties to file a proposed case

management plan and joint letter seven (7) days before the initial pretrial conference (Dkt. No. 7);

        WHEREAS, the initial pretrial conference is currently scheduled for June 11, 2020, at

10:40 a.m. (Dkt. No. 20);

        WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that the parties shall file the joint status letter and proposed case management

plan as soon as possible and no later than **June 8, 2020**, at **noon**.

        The parties are is reminded that compliance with Court Orders is not optional.

Dated: June 5, 2020
        New York, New York

                                    **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**