UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH GUGLIELMO,                                           :
                                        Plaintiff,          :
                                                            :         20 Civ. 0816 (LGS)
          -against-                                         :
                                                            :             ORDER
AMERICAN NATIONAL INSURANCE                                 :
AGENCY, INC.,                                               :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　　　WHEREAS, the initial pretrial conference in this matter is scheduled for June 11, 2020;

　　　　WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

　　　　**ORDERED** that the June 11, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

　　　　**ORDERED** that, if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

　　　　**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 8, 2020
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**