![Dentons logo] 大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

July 10, 2020

**By July 17, 2020**, the parties shall jointly file a letter explaining (1) whether they have reached a settlement in principle in this case or, (2) if they have not reached a settlement in principle, explaining the status of settlement discussions.

Dated: July 13, 2020
New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

The Hon. Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 1007

Re:   *Guglielmo, et al. v. American Nat'l Ins. Co.*; Case No. 1:20-cv-00816 (LGS)

Honorable Schofield,

We represent defendant American National Insurance Company ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff Joseph Guglielmo, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and use of judicial resources. Once these efforts are complete, the parties promptly will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,


*/s/ Timothy J. Straub*
Timothy J. Straub


cc:   All counsel of record (by ECF)