# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on
behalf of herself and all others similarly situated,

    Plaintiff,

        v.                          CASE NO.: 1:20-cv-816

AMERICAN NATIONAL INSURANCE COMPANY

So Ordered.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: July 15, 2020
  New York, New York

    Defendant.

_____ /

## JOINT STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff

Joseph Guglielmo and the Defendant American National Insurance Company that whereas no

party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee, and no person not a party has an interest in the subject matter of the action, that

this action is   dismissed with prejudice and without costs to either party pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 13, 2020

| **For Plaintiff Joseph Guglielmo** | **For American National Insurance Company** |
|---|---|
| *David Paul Force* (signature) | (signature) |
| David Paul Force | Timothy J. Straub |
| Stein Saks, PLLC | 1221 Avenue of the Americas |
| 285 Passaic Street | New York, NY 10020-1089 |
| Hackensack, NJ 07601 | Phone: (212) 768-6700 |
| Ph: (201) 282-6500 | Email: timothy.straub@dentons.com |
| dforce@steinsakslegal.com | |

1